IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHLEEN DOCHERTY,

    Petitioner,

v.                                                           4:15cv156–WS/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 18) docketed December 12, 2016. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the report and recommendation.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED as moot.

3.  The clerk is directed to enter judgment stating: "The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this   12th   day of   January  , 2017.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE